UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ALICE F. WEBB,
        Defendant.

**JUDGMENT**

No. 4:17-CV-179-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the consent order for entry of judgment entered February 28, 2018, that judgment is entered in favor of Plaintiff who shall have and recover from Defendant, Alice F. Webb, the principal sum of $27,773.74 with interest through July 6, 2017, in the amount of $18,694.93, plus interest thereon at the rate of 8.25%, up through the date of entry of this judgment, plus court cost in the amount of $400.00, and all future cost. This judgment shall bear interest after entry at the rate, under law, of 2.02% per annum.

**This Judgment Filed and Entered on February 28, 2018, and Copies To:**

Christopher M. Anderson  (via CM/ECF Notice of Electronic Filing)
Alice F. Webb  (via US mail, 401 Saint Patrick Street, Tarboro, NC 27886-4417)

February 28, 2018        PETER A. MOORE, JR., CLERK
                                       /s/ Susan W. Tripp
                                       (By) Susan W. Tripp, Deputy Clerk